**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

KENNETH G. SOBERANIS,

                Plaintiff,

           -v-                                      6:25-CV-676 (AJB/PJE)

JARYN A. SPELLMAN *et al.*,

                Defendants.

---

APPEARANCES:                              OF COUNSEL:

KENNETH G. SOBERANIS
Plaintiff, Pro Se
200 N. Levitt Street, Apt. 810
Liberty Gardens
Rome, NY 13440

**Hon. Anthony Brindisi, U.S. District Judge:**

### ORDER ON REPORT & RECOMMENDATION

On May 27, 2025, *pro se* plaintiff Kenneth G. Soberanis ("plaintiff") filed this 42 U.S.C. § 1983 action alleging that defendants violated his constitutional rights.  Dkt. No. 1.  Along with his complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP Application").  Dkt. Nos. 2, 3, 6.

On May 4, 2026, U.S. Magistrate Judge Paul J. Evangelista granted plaintiff's IFP Application and, after conducting an initial review of the complaint, advised by Report & Recommendation ("R&R") that plaintiff's: (1) § 1983 individual-capacity Fourth Amendment excessive force claims against defendants Spellman and Jane Doe survived initial review; (2) official-capacity claims for money damages against all defendants be dismissed with leave to amend; (3) § 1983 individual-capacity Fourteenth Amendment failure-to-protect claim against defendant Corcoran

be dismissed with leave to amend; and (4) § 1983 individual-capacity Fourteenth Amendment medical-indifference claim be dismissed with leave to amend.  Dkt. No. 8.  Judge Evangelista further recommended that, before the issuance of service of process be ordered as to the surviving claims, plaintiff should be given a thirty-day period in which he would have an opportunity to amend the other claims that were currently subject to dismissal.

Plaintiff has not lodged objections, and the time period in which to do so has expired.  *See* Dkt. No. 8.  Upon review for clear error, the R&R is accepted and will be adopted.  *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1.  The Report & Recommendation (Dkt. No. 8) is ACCEPTED;

2.  Plaintiff's § 1983 individual-capacity Fourth Amendment excessive force claims against defendants Spellman and Jane Doe SURVIVE initial review;

3.  Plaintiff remaining claims (including his official-capacity claims for money damages against all defendants, his § 1983 individual-capacity Fourteenth Amendment failure-to-protect claim against defendant Corcoran, and his § 1983 individual-capacity Fourteenth Amendment medical-indifference claim) are DISMISSED with leave to amend;

4.  Plaintiff shall have THIRTY DAYS in which to file an amended complaint that conforms with the instructions set forth in Judge Evangelista's R&R;

5.  If plaintiff timely files an amended complaint, the Clerk is directed to REFER the file to Judge Evangelista for further review and action as appropriate; and

6.  If plaintiff does not timely file an amended complaint, the Court will consider those dismissed claims to have been abandoned, those claims will be deemed to have been stricken from

the pleading, and the file will be REFERRED to Judge Evangelista for an appropriate order relating to service as to the surviving claims.

The Clerk of the Court is directed to terminate the pending motion and set a deadline accordingly.

**IT IS SO ORDERED.**

Dated:  May 28, 2026
         Utica, New York.

Anthony J. Brindisi
U.S. District Judge